FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES JERROD SPIKES

Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

KAREN CARTIE JENKINS

_____

_____

_____

_____

Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

CIVIL ACTION

NO. 16-17896

SECTION SECT. E MAG. 3

COMPLAINT

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  Yes (✓) No ( )

TENDERED FOR FILING

DEC 2 8 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

    Plaintiffs _JAMES JERROD SPIKES_

    Defendants _KAREN CARTIE JENKINS_

2. Court (If federal court, name of the district court; if state court, name the parish.) _EASTERN DISTRICT COURT_
3. Docket Number _____
4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

    _STILL PENDING_

6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (✓) No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: _WASHINGTON PARISH JAIL_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No (✓)

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No ( ✓)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

    2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D.    If your answer is NO, explain why you have not done so: _____

_____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff (First - Middle - Last) __JAMES JERROD SPIKES__

Prisoner Number __431129__

Address __P.O. BOX 677, Franklinton, La. 70438__

Date of Birth __1-22-78__

Date of Arrest __12-14-14__

Date of Conviction __PRE-TRIAL__

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _Karen Cartie Jenkins_ is employed as _COURT REPORTER_ at _22nd JUDICIAL DISTRICT COURT_
Address for service: _P.O. Box 607 Franklinton, La 70438_

C. Defendant _____ is employed as _____ at _____
Address for service: _____

D. Defendant _____ is employed as _____ at _____
Address for service: _____

E. Defendant _____ is employed as _____ at _____
Address for service: _____

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_I FILED A COMPLAINT AGAINST KAREN CARTIE JENKINS FOR FALSIFICATION OF DOCUMENTS CONCERN FEBRUARY 9, 2015 ARRAIGNMENT FALSIFICATION._

4

(30) DAYS AFTER THE FINAL DISPOSITION TO REFILE ON CLAIMS. I RECENTLY FILED A MOTION FOR QUASH DUE TO THE 3YR PRESCRIPTIVE PERIOD ELASPING CONCERNING MY AUGUST 5, 2013 ARREST AND 2YR PRESCRIPTIVE PERIOD FOR MY DECEMBER 14, 2014 ARREST. THE FIRST CIRCUIT COURT OF APPEAL GAVE THE 22nd JUDICIAL COURT 30 DAYS FROM NOV. 1, 2016 TO DECEMBER 1, 2016 TO ANSWER BOTH MOTION TO QUASH. I HAVE BEEN MADE AWARE THAT A HEARING WAS HELD ON DECEMBER 2, 2016 AND ALL CHARGES were DISMISSED. I WAS NOT BROUGHT BEFORE THE COURT. THE BAR OF Hon. MARTIN E. COADY IS well AWARE THAT I ONLY HAVE 30 DAY TO PRESENT MY CLAIMS TO THIS HONORABLE COURT. I USED THE JUDGEMENT THAT SUSTAINED THE CLAIMS AGAINST KAREN CARTIE JENKINS AS DOCUMENTARY EVIDENCE WHEN I FILED A COMPLAINT FOR DENIAL FOR ACCESS TO THE COURT AND DENIAL OF FAIR ADMINISTRATION OF JUSTICE. MY NEXT COURT APPEARANCE IS scheduled For Jan. 4, 2017. THE MOTION TO QUASH HEARING was Alledgedly CONDUCTED ON DECEMBER 2, 2016.

JUDGEMENT SUSTAINED WAS I HAD

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD ASK COURT TO CONTACT THE WASHING PARISH CLERK OF COURT AND CHECK THE RECORDS For DECEMBER 2, 2016 For the DISMISSAL OF MY CHARGES INVOLVED IN THIS COMPLAINT AND I WOULD USED THE FINDING For FUTURE LITIGATION For MY CONSPIRITUAL CHAIN TO FALSLEY INCARCERATE ME.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon unless I am under ... or serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 21 day of DECEMBER, 20 16.

(Signature of Plaintiff)

04/2006

5



MR. JAMES J. SPIKES
WASHINGTON PARISH JAIL
P.O. BOX 677
FRANKLINTON, LA. 70438

"LEGAL MAIL"

NOT CENSORED
WASHINGTON PARISH JAIL

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA. 70130